NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3053

### TYLER J. STEVENS,

Petitioner,

v.

### DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DE0752090207-I-1.

ON MOTION

ORDER

Tyler J. Stevens moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 5 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tyler J. Stevens
Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2009

JAN HORBALY
CLERK